# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| DYSON, INC.,<br><br>      Plaintiff-Appellee,<br><br>v.<br><br>SHARKNINJA OPERATING LLC and SHARKNINJA SALES COMPANY,<br><br>      Defendants-Appellants. | No. 19-1854<br><br>Appeal from the United States District Court for the Northern District of Illinois, Eastern Division,<br>No. 14 CV 09442, Hon. Gary Feinerman presiding |
| DYSON, INC.,<br><br>      Plaintiff-Appellant,<br><br>v.<br><br>SHARKNINJA OPERATING LLC and SHARKNINJA SALES COMPANY,<br><br>      Defendants-Appellees. | No. 19-1924<br><br>Appeal from the United States District Court for the Northern District of Illinois, Eastern Division,<br>No. 14 CV 09442, Hon. Gary Feinerman presiding |

## Joint Stipulation to Dismiss Appeal and Cross-Appeal

Pursuant to Federal Rule of Appellate Procedure 42(b), Defendants-Appellants SharkNinja Operating LLC and SharkNinja Sales Company, and Plaintiff-Appellant Dyson, Inc., jointly stipulate to the voluntary dismissal of the appeal (No. 19-1854) and cross-appeal (No. 19-1924) with prejudice.  The parties agree that they will each bear their own court costs incurred in connection with the appeal and cross-appeal.  Accordingly, the parties request that the circuit clerk dismiss the appeal and cross-appeal.

Dated: July 12, 2019

| | |
|---|---|
| By: /s/ *Gregory A. Castanias* <br> Gregory A. Castanias <br> gcastanias@jonesday.com <br> JONES DAY <br> 51 Louisiana Ave. NW <br> Washington, DC  20001 <br> Telephone:  (202) 879-3939 <br> Facsimile:  (202) 626-1700 <br><br> *Counsel for Defendants-Appellants-Cross Appellees SharkNinja Operating LLC and SharkNinja Sales Company* | By: /s/ *John C. O'Quinn* <br> John C. O'Quinn <br> john.oquinn@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 1301 Pennsylvania Avenue, NW <br> Washington, DC 20004 <br> Telephone: (202) 389-5000 <br> Facsimile: (202) 389-5200 <br><br> *Counsel for Plaintiff-Appellant-Cross Appellant Dyson, Inc.* |

## **CERTIFICATE OF SERVICE**

I certify that on July 12, 2019, the foregoing document was filed electronically through the Court's Electronic Case Filing System.  Service of this document is being made upon all counsel of record in this case by the Notice of Electronic filing issued through the Court's Electronic Case Filing system on this date.

                                                /s/ *Gregory A. Castanias*
                                                Gregory A. Castanias